## UNITED STATES v. O'BRIEN – GOVERNMENT ADMITTED EXHIBIT LIST

| | Exhibit Name | Bates Range | Description |
|---|---|---|---|
| 1. | South Park 1 | CCRD_003-000047-000065 | May 2002 Mortgage ($272k) |
| 2. | South Park 2 | CCRD_003-000073-000091 | April 2004 Mortgage ($268k) From Wells Fargo |
| 3. | South Park 3 | CCRD_003-000033-000034 | July 2010 Sale Of Property By Jessica And Brendan O'Brien |
| 4. | 46th Street Purchase 1 | CITI_004-000136-000139 | HUD-1 Settlement Statement Dated 8/30/04 For Purchase Of 46th Street |
| 5. | 46th Street Purchase 2 | CITI_004-000092, 000099-000101 | Loan Application Dated 8/30/04 |
| 6. | 46th Street Purchase 3 | CITI_004-000102-000105 | Loan Application Dated 7/30/04 |
| 7. | 46th Street Purchase 4 | CITI_004-000182 | Letter From Jessica O'Brien Dated 8/13/04 |
| 8. | 46th Street Purchase 5 | CITI_004-000177 | Certification Of Borrower Income Dated 8/30/04 |
| 9. | 46th Street Purchase 6 | CITI_004-000058 | Occupancy Agreement |
| 10. | 46th Street Purchase 7 | CITI_004-000060 | Borrower's Certification And Authorization |
| 11. | 46th Street Purchase 8 | CITI_004-000156 | Certification And Authorization |
| 12. | 46th Street Purchase 9 | CITI_004-000004-000005 | Loan Approval Dated 7/30/04-8/30/04 |
| 13. | 46th Street Purchase 10 | CITI_004-000029-00037 *Not 000031 | Real Estate Contract Dated 7/10/04 |
| 14. | Chicago Title 1 | CTI_001-000125, 000182, CTI_001-000012 | Chicago Title Docs: Occupancy Agreements Dated 8/30/04 |
| 15. | Chicago Title 2 | CTI_001-000015-0000016 | HUD-1 Dated 8/30/2004 |
| 16. | Chicago Title 3 | CTI_001-000121-000123 | Loan App Dated 8/30/2004 |
| 17. | Chicago Title 4 | CTI_001-000200 | Notice To Borrower 8/30/2004 |
| 18. | Chicago Title 5 | CTI_001-000164 | Certification Of Borrower Income |
| 19. | Chicago Title 6 | CTI_001-000175-000078 | Loan App Dated 8/30/04 |
| 20. | ILCOMP 1 | TAX_001-000005 | 2003 W-2 |

**UNITED STATES v. O'BRIEN – GOVERNMENT ADMITTED EXHIBIT LIST**

|     | Exhibit Name | Bates Range | Description |
|-----|--------------|-------------|-------------|
| 21. | ILCOMP 2 | TAX_001-000006 | 2004 W-2 |
| 22. | ILCOMP 3 | TAX_001-000007 | 2005 W-2 |
| 23. | ILCOMP 4 | TAX_001-000008 | 2006 W-2 |
| 24. | ILCOMP 5 | JAO0000148 | 2004 Earnings Breakdown |
| 25. | IDOR 1 | IDOR_006-000001 | 11/19/2003 Personnel Action Form |
| 26. | IDOR 2 | IDOR_006-000002 | 3/23/2004 Personnel Action Form |
| 27. | IDOR 3 | IDOR_006-000003 | 3/24/2004 Personnel Action Form |
| 28. | IDOR 4 | IDOR_004-000004 | 9/23/2004 Personnel Action Form |
| 29. | IDOR 5 | IDOR_004-000005 | 10/19/2005 Personnel Action Form |
| 30. | IDOR 6 | IDOR_004-000006 | 5/18/2005 Personnel Action Form |
| 31. | IDOR 7 | IDOR_004-000007 | 5/19/2005 Personnel Action Form |
| 32. | IDOR 8 | IDOR_004-000008 | 5/20/2005 Personnel Action Form |
| 33. | IDOR 9 | IDOR_004-000001-000002 | Memorandum Of Understanding Dated 3/15/2005 |
| 34. | IDOR 10 | IDOR_004-000003 | 5/27/2005 Letter To Director Brian Hamer CMS |
| 35. | IDOR 11 | IDOR_001-000062-000063 | Employment Application Dated 11/28/2000 |
| 36. | Tax 1 | OB001237-OB001314 | 2004 Form 1040 |
| 37. | Tax 2 | OB001356-OB001437 | 2005 Form 1040 |
| 38. | Tax 3 | OB001496-OB001539 | Amended 2005 Form 1040X (Dated Jan. 16, 2008) |
| 39. | Tax 4 | OB001540-OB001626 | 2007 Form 1040 |
| 40. | Hinshaw 1 | HINSHAW_001-000002-000007 | 2004 Compensation For BOB |
| 41. | Hinshaw 2 | HINSHAW_001-000008-000013 | 2005 Comp For BOB |

**UNITED STATES v. O'BRIEN – GOVERNMENT ADMITTED EXHIBIT LIST**

|  | Exhibit Name | Bates Range | Description |
|---|---|---|---|
| 42. | Hinshaw 3 | HINSHAW_001-000014-000024 | 2006 Comp For BOB |
| 43. | Hinshaw 4 | HINSHAW_001-000025-000035 | 2007 Comp For BOB |
| 44. | ARDC 1 | ARDC_002-000001 | ARDC Record Reflecting Jessica O'Brien A Lawyer In 1998 |
| 45. | SOS 1 | ILSOS_001-000001-000015 | Illinois Secretary Of State Records For JVA Properties LLC Dated 10/15/01 |
| 46. | IDFPR 1 | IDFPR_006-000001, 00005-000042 | Jessica O'Brien IDFPR Banking Records |
| 47. | IDFPR 2 | IDFPR_006-000043, 000045-000050 | Jessica O'Brien IDFPR Real Estate Records |
| 48. | IDFPR 3 | IDFPR_006-000051, 000054-000058 | Maria Bartko IDFPR Banking Records |
| 49. | IDFPR 4 | IDFPR_006-000059, 000061-000103 | O'Brien Realty LLC IDFPR Records |
| 50. | 54th St Purchase 1 | PNTN_002-0000022-000023 | Loan Application Dated 9/11/04 |
| 51. | 54th St Purchase 2 | PNTN_002-000030 | Disbursement Statement Dated 9/21/04 |
| 52. | 54th St Purchase 3 | PNTN_002-000023 | Checks For $1519.10 And $2247.50 Dated 9/21/04 |
| 53. | 46th St Refinance 1 | CHASE_005-000004-000006 | HUD-1 Settlement Statement Dated 10/18/05 |
| 54. | 46th St Refinance 2 | CHASE_005-000007-000010 | Loan Application Dated 9/22/05 |
| 55. | 46th St Refinance 3 | CHASE_005-000011-000014 | Loan Application Dated 10/17/05 |
| 56. | 46th St Refinance 4 | CHASE_005-000018 | Borrower's Certification And Authorization Dated 10/17/05 |
| 57. | 46th St Refinance 5 | CHASE_005-000024 | U/W Income Analysis Dated 10/3/05 |
| 58. | 46th St Refinance 6 | CHASE_005-000028 | H&R Block Letter Dated 10/3/05 |
| 59. | 46th St Refinance 7 | CHASE_005-000029 | Telephone Verification Of Employment Date 10/14/05 |
| 60. | 46th St Refinance 8 | CHASE_005-000051 | Payment History Report 2006-2007 |
| 61. | 46th St. Refinance 9 | CHASE_005-000041-000042 | Notice Of Assignment Dated 12/9/05 |
| 62. | 54th St Refinance 1 | CHASE_005-001159-001161 | HUD-1 Settlement Statement Dated 10/17/05 |

**UNITED STATES v. O'BRIEN – GOVERNMENT ADMITTED EXHIBIT LIST**

| | Exhibit Name | Bates Range | Description |
|---|---|---|---|
| 63. | 54th St Refinance 2 | CHASE_005-001162-001165 | Loan Application Dated 10/17/05 |
| 64. | 54th St Refinance 3 | CHASE_005-001177 | Borrower's Certification And Authorization Dated 10/17/05 |
| 65. | 54th St Refinance 4 | CHASE_005-001184 | U/W Income Analysis Dated 10/3/05 |
| 66. | 54th St Refinance 5 | CHASE_005-001166 | H&R Block Letter Dated 10/3/05 |
| 67. | 54th St Refinance 6 | CHASE_005-001167 | Telephone Verification Of Employment Dated 10/14/05 |
| 68. | 54th St Refinance 7 | CHASE_005-001168-001176 | Leases For 46th Dated 5/4/05 And 54th St. Dated 3/1/05 |
| 69. | 54th St Refinance 8 | CHASE_005-001201 | Payment History Report |
| 70. | 54th St Refinance 10 | CHASE_005-001197 | Full Payment Letter From ATGF Dated 4/17/06 |
| 71. | 54th St Refinance 11 | CHASE_005-001193-001194 | Notice Of Assignment Dated 12/9/05 |
| 72. | Chase 1 | CHASE_004-000375-000379 | Promissory Note Dated 11/27/06 For O'Brien Realty – SBA Loan |
| 73. | Chase 2 | CHASE_004-000409 | Submission Of Loan Application Dated 11/24/06 |
| 74. | Chase 3 | CHASE_004-000407-000408 | Loan Approval Letter Dated 11/24/06 |
| 75. | Chase 4 | CHASE_004-000417-000419 | Borrower Information Form Dated 11/17/07 |
| 76. | Chase 5 | CHASE_004-000385-000386 | Terms And Conditions Dated 11/20/06 |
| 77. | Chase 6 | CHASE_004-000390-391 | Financials Dated 11/29/06 |
| 78. | Chase 7 | CHASE_004-000394-000396 | Notes Dated 11/29/06 |
| 79. | Chase 8 | CHASE_004-000387 | Collateral Dated 11/29/06 |
| 80. | Chase 9 | CHASE_004-000388-389 | Principals Dated 11/29/06 |
| 81. | Chase 10 | CHASE_004-000392-000393 | Policy Variances Dated 11/29/06 |

**UNITED STATES v. O'BRIEN – GOVERNMENT ADMITTED EXHIBIT LIST**

|  | Exhibit Name | Bates Range | Description |
|---|---|---|---|
| 82. | Chase 11 | CHASE_003-000099 | May 1, 2007 $10,000 Personal Check |
| 83. | Chase 12 | CHASE_003-000103 | May 5, 2007 $1,500 Personal Check From Personal Chase Account |
| 84. | 46th Street Sale 1 | CITI_001-000037-000039 | HUD-1 Settlement Statement 1st Loan Dated 4/16/07 For Sale Of 46th Street, $292K |
| 85. | 46th Street Sale 2 | CITI_001-000034-000036 | HUD-1 Settlement Statement 2nd Loan Dated 4/16/07 For Sale Of 46th Street, $73K |
| 86. | 46th Street Sale 3 | CITI_001-000061-000068 | Loan Apps Dated 4/16/07 |
| 87. | 46th Street Sale 4 | CITI_001-000217-000231 | Mortgage 1st Loan |
| 88. | 46th Street Sale 5 | CITI_001-000156-000162 | Mortgage 2nd Loan Dated 4/16/07 |
| 89. | 46th Street Sale 6 | CITI_001-000213-000215 | Note 1st Loan $292K |
| 90. | 46th Street Sale 7 | CITI_001-000430-000435 | Notes 2nd Loan $73K |
| 91. | 46th Street Sale 8 | CITI_001-000086 | FRHEL Closing Conditions |
| 92. | 46th Street Sale 9 | CITI_001-000336-000345 | Real Estate Contract Dated 4/12/07 |
| 93. | 46th Street Sale 10 | ATGF_002-000009 | Receipts & Disbursements Ledger Dated 4/16/07 |
| 94. | 46th Street Sale 11 | ATGF_001-000001 | UPS Label (Ship To Chase Home Finance Payoff Dept) |
| 95. | 46th Street Sale 12 | ATGF_001-000002 | $297,208.86 Disbursement Check To Chase Home Finance Dated 4/16/07 |
| 96. | 46th Street Sale 13 | CHASE_005-000047 | Full Payment Letter From ATGF Dated 4/16/07 |
| 97. | 46th Street Sale 14 | ATGF_002-000098-000099 | Chase Payoff Letter Date 3/14/07 |
| 98. | 46th Street Sale 15 | ATGF_002-000018 | $57,074.47 Disbursement Check To Jessica O'Brien Dated 4/16/07 |

**UNITED STATES v. O'BRIEN – GOVERNMENT ADMITTED EXHIBIT LIST**

|  | Exhibit Name | Bates Range | Description |
|---|---|---|---|
| 99. | 46th Street Sale 16 | CHASE_003-000041 | Jessica O'Brien Chase Acct Deposit Slip For $57,074.47 Dated 4/16/07 |
| 100. | 46th Street Sale 17 | CHASE_003-000096 | $36,000 Check To Bartko From Jessica O'Brien Dated 4/15/07 |
| 101. | 46th Street Sale 18 | CITI_001-000060 | Underwriting Requirements |
| 102. | 46th Street Sale 19 | CITI_001-000134 | Affiliated Business Disclosure Dated 4/16/07 |
| 103. | 46th Street Sale 20 | CITI_001-000044 | TIL Disclosure, 2nd Loan, 73K Dated 4/16/07 |
| 104. | 46th Street Sale 21 | CITI_001-000045 | TIL Disclosure, 1st Loan, 292K Dated 4/16/07 |
| 105. | 46th Street Sale 22 | CITI_001-000050-000051 | Allstate Homeowner's Insurance Dated 4/11/07 |
| 106. | 46th Street Sale 23 | CITI_001-000348-000349 | Closing Instructions Dated 4/14/07 |
| 107. | 46th Street Sale 24 | CITI_001-000048-000049 | Flood Hazard Determination Dated 4/26/07 |
| 108. | 46th Street Sale 25 | CITI_001-000054-000059 | Underwriting Worksheet |
| 109. | 46th Street Sale 26 | CITI_001-000281-000289 | AIG United Guaranty Approval Notice Dated 3/26/07 |
| 110. | 46th Street Sale 27 | CITI_006-000090-000096 | Citibank Cycle Statement For Account 3024-3839 |
| 111. | 46th Street Sale 28 | CITI_005-000003 | 4/16/07 Request To Treasury |
| 112. | 46th Street Sale 29 | CITI_005-000002 | Citimortgage, Inc. Statement For Account 0002-0239 |
| 113. | 46th Street Sale 29A | CITI_006-000018 | CMI WHLS Statement For Account 3868-2027 |
| 114. | 46th Street Sale 30 | CITI_005-000004 | CMI WHLS Statement For Account 3868-2027 |
| 115. | 46th Street Sale 31 | CITI_001-000504 | Automated Workflow System Doc Dated 4/24/07 |
| 116. | 46th Street Sale 32 | KWANCITI_001-000328 | Funding Request Form $50 Dated 4/16/07 |
| 117. | 46th Street Sale 33 | KWANCITI_001-000329 | Funding Request Form $372k Dated 4/16/07 |

**UNITED STATES v. O'BRIEN – GOVERNMENT ADMITTED EXHIBIT LIST**

|      | Exhibit Name | Bates Range | Description |
|------|--------------|-------------|-------------|
| 118. | 46th Street Sale 34 | CORR_005-000073 | Wire Transfer $50 Dated 4/17/07 |
| 119. | 46th Street Sale 35 | CORR_005-000071 | Wire Transfer $372k Dated 4/16/07 |
| 120. | 46th Street Sale 36 | CITI_001-000154 | Combo 2nd Mortgage Funding Worksheet |
| 121. | 46th Street Sale 37 | CITI_001-000335, CITI_001-000320-000334 | Appraisal Dated 3/22/07 |
| 122. | Acknowledgment 1 | OB001144 | Acknowledgment And Agreements From 54th St. Sale |
| 123. | Acknowledgment 2 | OB001145 | Acknowledgment And Agreements From 54th St. Sale |
| 124. | Acknowledgment 3 | OB001146 | Acknowledgment And Agreements From 46th St. Sale Date 04/16/07 |
| 125. | 54th Street Sale 1 | FMAC_001-000124-000126 | HUD-1 Settlement Statement 1st Loan Dated 4/17/07 For Sale Of 54th Street |
| 126. | 54th Street Sale 3 | OB001116-OB001125 | Real Estate Contract Dated 4/6/07 |
| 127. | 54th Street Sale 4 | OB001142-OB001143 | 54th Street Sale 4: Closing Statement Dated 4/17/07 |
| 128. | 54th Street Sale 5 | ATGF_002-000127-129 | Receipts & Disbursements Ledger April 2007 |
| 129. | 54th Street Sale 6 | ATGF_002-000133 | $165,787.51 Disbursement Check To Jessica O'Brien Dated 4/17/07 |
| 130. | 54th Street Sale 7 | CHASE_003-000042 | Jessica O'Brien Chase Acct Deposit Slip For $165,787.51 Dated 4/17/07 |
| 131. | 54th Street Sale 8 | CHASE_003-000097 | $37,836.67 Check To Bartko From Jessica O'Brien Dated 4/16/07 |
| 132. | 54th Street Sale 9 | CHASE_003-000098 | $4,000 Check To Kwan From Jessica O'Brien Dated 4/16/07 |
| 133. | 54th Street Sale 10 | ATGF_002-000207 | Addendum To Escrow Instructions |

**UNITED STATES v. O'BRIEN – GOVERNMENT ADMITTED EXHIBIT LIST**

| | Exhibit Name | Bates Range | Description |
|---|---|---|---|
| 134. | 54th Street Sale 11 | ATGF_002-000206 | Addendum To Closing Instructions Dated 4/17/07 |
| 135. | CCRD 1 | CCRD_004-000001-000004 | Quit Claim Deed For 46th St. Dated 5/24/2007 |
| 136. | CCRD 2 | CCRD_004-000008-000011 | Quit Claim Deed For 54th St. Dated 5/25/2007 |
| 137. | FMAC 1 | FMAC_001-000124-000126 | HUD-1 Dated 4/17/07 |
| 138. | FMAC 2 | FMAC_001-000131 | Loan Application Dated 4/17/07 |
| 139. | FDIC Certification | FDIC_001-000001-000007 | FDIC Certification For Citibank |
| 140. | OBRIEN 1 | OB002653-OB002660 | 46th St Refi Loan App |
| 141. | OBRIEN 2 | OB002644-OB002647 | 54th St Refi Loan App |
| 142. | OBRIEN 3 | OB004196-OB004199 | 54th St Refi Loan App |
| 143. | OBRIEN 4 | OB002650-OB002652 | 46th St Refi HUD-1 |
| 144. | OBRIEN 5 | OB002641-OB002643 | 54th St Refi HUD-1 |
| 145. | OBRIEN 6 | OB002635-OB002637 | 46th St Sale HUD-1 |
| 146. | OBRIEN 7 | OB002638-OB002640 | 54th St Sale HUD-1 |
| 147. | OBRIEN 8 | OB002327 | Closing Statement By Jessica O'Brien 46th St. |
| 148. | OBRIEN 9 | OB001142-OB001143 | Closing Statement By Jessica O'Brien 54th St. |
| 149. | OBRIEN 10 | OB001050 | 46th St. Disclosure Report |
| 150. | OBRIEN 11 | OB001049 | 54th St. Disclosure Report |
| 151. | OBRIEN 12 | OB001127-OB001129 | Ads For 46th And 54th St. |
| 152. | OBRIEN 13 | OB001042-OB001043 | Personal Info Affidavit |
| 153. | OBRIEN 14 | OB002634 | O'Brien Realty LLC Certificate |
| 154. | OBRIEN 15 | OB000381 | Real Estate Broker Certificate |
| 155. | OBRIEN 16 | OB000969-OB000992 | Amronbanc Employment Agreement |
| 156. | OBRIEN 17 | OB002533-OB002540 | 2005 Tax Year Expenses |
| 157. | OBRIEN 18 | OB002559-OB002562 | 2006 Tax Year Expenses |
| 158. | OBRIEN 19 | OB000034-OB000043 | Handwritten 2006 Expenses |

**UNITED STATES v. O'BRIEN – GOVERNMENT ADMITTED EXHIBIT LIST**

| | Exhibit Name | Bates Range | Description |
|---|---|---|---|
| 159. | OBRIEN 20 | OB002423-OB002443 | 2007 Tax Year Expenses |
| 160. | OBRIEN 21 | OB003832-OB003833 | 54th St. Mortgage Statement |
| 161. | OBRIEN 22 | OB004083-OB004084 | 46th St. Mortgage Statement |
| 162. | OBRIEN 23 | OB002669-OB002679 | Real Estate Contract Sale Of Park St. |
| 163. | OBRIEN 24 | OB000081 | 46th St. Work Estimate |
| 164. | OBRIEN 25 | OB000100 | Receipt For $5,739 |
| 165. | OBRIEN 26 | OB000116 | Receipt For $15,190 |
| 166. | OBRIEN 27 | OB000164-OB000168 | Siding Statement |
| 167. | OBRIEN 39 | OB005297, OB005362, OB005352 | BLOC Statements Dated 12/3/06 Through 4/3/07 |
| 168. | OBRIEN 40 | OB004767-OB004770 | BLOC Ledger Dated 12/31/06 Through 1/29/07 |
| 169. | OBRIEN 44 | OB000812-OB000814 | Apartment Lease Dated 3/1/05 |
| 170. | OBRIEN 45 | OB002536-OB002538 | Rental Expenses |
| 171. | IRS 1 | IRS_002-000036-000037 | Account Transcript 2004 |
| 172. | IRS 2 | IRS_002-000038-000039 | Account Transcript 2005 |
| 173. | Summary 1 | | Loan Proceeds |
| 174. | Summary 2 | | Income |
| 175. | Summary 3 | | 2004 IDOR Income |
| 176. | Summary 4 | | 2005 Rental Income |
| 177. | Summary 5 | | SBA Loan Advances |
| 178. | Summary 6 | | Tax Information Comparison |
| 179. | Summary 7 | | Property Expenses |
| 180. | Summary 8 | | All Mortgage Transactions |
| 181. | Summary 9 | | 46th St Purchase Flow Chart |
| 182. | Summary 10 | | 46th St Refi Flow Chart |
| 183. | Summary 11 | | 46th St Sale Flow Chart |

**UNITED STATES v. O'BRIEN – GOVERNMENT ADMITTED EXHIBIT LIST**

|      | Exhibit Name | Bates Range | Description |
|------|--------------|-------------|-------------|
| 184. | Summary 12   |             | 54th St Purchase Flow Chart |
| 185. | Summary 13   |             | 54th St Refi Flow Chart |
| 186. | Summary 14   |             | 54th St Sale Flow Chart |