**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | No. 17-CR-239 |
| ) | |
| ) | Judge Thomas M. Durkin |
| JESSICA ARONG O'BRIEN and ) | |
| MARIA BARTKO. ) | |

**MOTION TO WITHDRAW**

Undersigned counsel for defendant Jessica Arong O'Brien ("Ms. O'Brien"), respectfully moves to withdraw and seeks an Order from this Court allowing the law firm of Greensfelder, Hemker and Gale, P.C. ("Greensfelder"), as well as all Greensfelder attorneys who have filed appearances in this matter to withdraw. In support thereof, Greensfelder states as follows:

1) On February 5, 2018, this matter was tried to a jury.

2) On February 15, 2018, a federal jury found Ms. O'Brien guilty of both counts of the Indictment. That day, the Court allowed defense counsel up to and including March 1, 2018 to file their Rule 29 Motion for Acquittal.

3) Sentencing for Ms. O'Brien is currently not set until July 6, 2018.

4) Simultaneously with this Motion, Greensfelder, on behalf of Ms. O'Brien filed a motion for extension of time in order to allow Ms. O'Brien 90-days or until May 19, 2018 in which to file her post-trial motions.

5) Ms. O'Brien has informed the undersigned counsel that she does not object to Greensfelder moving to withdraw as counsel in this matter.

WHEREFORE, the undersigned respectfully requests that this Honorable Court enter an order allowing the law firm of Greensfelder and its counsel to withdraw.

Dated: February 20, 2018          Respectfully submitted,

                                    JESSICA ARONG O'BRIEN

                By:     /s/ Ricardo Meza_____
                                    One of the attorneys for Defendant

Ricardo Meza, ARDC No. 6202784
rmeza@greensfelder.com
Elizabeth Austermuehle, ARDC No. 6302326
eaustermuehle@greensfelder.com
Greensfelder, Hemker & Gale, P.C.
200 West Madison Street, Suite 3300
Chicago, IL  60606
T 312-419-9090
F 312-419-1930

Donald J. Angelini, Jr., ARDC No. 6194334
dangelini@amwolawil.com
Angelini, Mills, Woods & Ori, LLC
155 North Michigan Ave., Ste. 400
Chicago, Illinois   60601
T (312) 621-0000
F (312) 621-0001

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing was served on all parties receiving notice via the Court's CM/ECF system this 20th day of February 2018.

          /s/ Ricardo Meza
          Ricardo Meza