**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 17-CR-239 |
| | ) | |
| | ) | Judge Thomas M. Durkin |
| JESSICA ARONG O'BRIEN and | ) | |
| MARIA BARTKO. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Monday, February 26, 2018, at 9:00 a.m**., or as soon thereafter as counsel shall be heard, I will appear before the Honorable Thomas M. Durkin in Courtroom 1441 in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, to present Defendant Jessica Arong O'Brien's Motion For Extension of Time to File Post-Trial Motions and Motion to Withdraw, both of which have been filed with the Clerk of the United States District Court for the Northern District of Illinois.

Dated: February 20, 2018     Respectfully submitted,

                             JESSICA ARONG O'BRIEN

                        By:  /s/ Ricardo Meza_____
                             One of the attorneys for Defendant

Ricardo Meza, ARDC No. 6202784
rmeza@greensfelder.com
Elizabeth Austermuehle, ARDC No. 6302326
eaustermuehle@greensfelder.com
Greensfelder, Hemker & Gale, P.C.
200 West Madison Street, Suite 3300
Chicago, IL  60606
T 312-419-9090
F 312-419-1930

Donald J. Angelini, Jr., ARDC No. 6194334
dangelini@amwolawil.com
Angelini, Mills, Woods & Ori, LLC
155 North Michigan Ave., Ste. 400
Chicago, Illinois   60601
T (312) 621-0000
F (312) 621-0001

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing was served on all parties receiving notice via the Court's CM/ECF system this 20h day of February, 2018.

                                                          /s/ Ricardo Meza
                                                          Ricardo Meza