# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                        Case No.: 1:17−cr−00239
                                        Honorable Thomas M. Durkin

Jessica Arong O'Brien, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 4, 2018:

      MINUTE entry before the Honorable Thomas M. Durkin:as to Jessica Arong O'Brien, On the Court's own motion, the 10/5/2018 sentencing date is vacated and reset for 10/9/2018 at 10:00 AM. Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.