# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                      Case No.: 1:17–cr–00239
                                      Honorable Thomas M. Durkin

Jessica Arong O'Brien, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 21, 2018:

      MINUTE entry before the Honorable Thomas M. Durkin:Government's unopposed motion for extension of time to respond to defendant's post trial motions [277] is granted as to Jessica Arong O'Brien.[280] Government's response is now due by 7/2/2018. Defendant's reply is due by 8/1/2018. No appearance is required on 6/25/2018. Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.