**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 17 CR 239-1 |
| v. | ) | |
| | ) | Hon. Thomas M. Durkin, |
| JESSICA ARONG O'BRIEN, et al., | ) | *Judge Presiding*. |
| | ) | |
| Defendants. | ) | |
| | ) | |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME**
**TO FILE REPLY IN SUPPORT OF DEFENDANT'S POST-TRIAL**
**MOTIONS FOR JUDGMENT OF ACQUITTAL AND FOR A NEW TRIAL**

NOW COMES the Defendant, JESSICA ARONG O'BRIEN, by and through the undersigned, and respectfully moves this Court to grant an extension of time to file a reply in support of her post-trial Motions for Judgment of Acquittal and for a New Trial. In support of this request, Defendant states as follows:

1. Defendant's reply is due August 1, 2018.

2. Counsel has begun drafting the reply and is working as expeditiously as possible.

3. Defendant is heavily involved in the preparation of post-trial filings, and counsel will need to confer with Defendant before any such filings are completed.

4. Defendant had a previously scheduled family trip to visit her mother in New Jersey, which impacts her ability to presently assist. The trip was planned based upon the old briefing schedule. She is leaving on July 29, but before then has to assist her children with packing (laundry). Counsel has other commitments that conflict with Ms. O'Brien's limited availability.

5. Because of her travel, Defendant requests an extension up to and including August 9, 2018.

6. The Government has no objection to this request.

WHEREFORE, Defendant respectfully requests that this Court extend the time to file any Reply, and for such other and further relief as this Court deems just.

Respectfully submitted,

By: /s/ *Steven A. Greenberg*
One of Defendant's Attorneys

STEVEN A. GREENBERG
GREENBERG TRIAL LAWYERS
53 W. JACKSON BLVD., SUITE 1260
CHICAGO, ILLINOIS 60604
(312) 879-9500
STEVE@GREENBERGCD.COM