IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17 CR 239-1 |
| | ) | Judge Thomas M. Durkin |
| JESSICA ARONG O'BRIEN, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT JESSICA ARONG O'BRIEN'S**
**<u>MOTION TO POSTPONE SENTENCING HEARING</u>**
(MOTION TO FILE UNDER SEAL)

NOW COMES the defendant, JESSICA ARONG O'BRIEN, and respectfully moves this Honorable Court for permission to file her Motion to Postpone Sentencing Hearing under seal.

In support of which the defendant states the following:

1. There is good cause to permit the defendant to file a Motion to Postpone Sentencing Hearing under seal, for reasons that are set forth in the substantive motion.

WHEREFORE, the defendant respectfully requests permission to file a motion to postpone sentencing, under seal.

Respectfully submitted,
/s/ Steven A. Greenberg

STEVEN A. GREENBERG
Greenberg Trial Lawyers
53 West Jackson Blvd., Suite 1260
Chicago, Illinois 60604
(312) 879-9500
Counsel for Jessica Arong O'Brien