# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.   Case No.: 1:17–cr–00239
    Honorable Thomas M. Durkin

Jessica Arong O'Brien, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 19, 2018:

MINUTE entry before the Honorable Thomas M. Durkin:Defendant's sealed motion [296] is withdrawn as to Jessica Arong O'Brien. Without objection, the Court vacates the 10/9/2018 sentencing date and resets it to 11/20/2018 at 10:00 AM. Sentencing memorandums and objections to the presentence report are due by 10/26/2018. Responses are due by 11/2/2018. Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.