Exhibit A

# Exhibit A: Summary of Jessica Arong O'Brien's Legal and Community Activities

### *"Pursuit of Excellence" Project*

Following her stint as president of the Women's Bar Association of Illinois, Jessica started the Pursuit of Excellence project in June 2016 with the goal of inspiring people to fulfill their highest potential and to learn from other people's challenges. Raised by her paternal grandmother in the Philippines, Jessica did not have mentors—her mother left for the United States to pursue a medical residency, and her father remained preoccupied with his business and second family, including Jessica's two half-sisters. As a child, Jessica was inspired by the ability of characters in fairytale movies to defeat their antagonists to reach victory. She wanted to share the power of this inspiration by documenting through recorded interviews the success of people who had overcome real-life obstacles to reach the top of their chosen profession. A secondary goal of the project was to document other people's struggles with personal challenges, including substance abuse, addiction, and mental illness. Jessica worked on the project in collaboration with a producer from ABC News, which featured Jessica in an "Asian Influences" segment in May 2016. https://abc7chicago.com/education/asian-influences-judge-jessica-arong-obrien/1349793/.

The project was an extension of her column with the Chicago Daily Law Bulletin entitled "Making It," where she authored articles about successful professionals. As part of the project, she interviewed United States Supreme Court Justice Ruth Bader Ginsburg and retired justice John Paul Stevens. The episodes were never aired after the criminal investigation became public.

### *Boys Scouts Programming*

Around the same time, Jessica was invited to participate in the Boys Scouts of America program. Given the judicial restrictions pertaining to fundraising, she focused her participation on programming. Jessica collaborated with general counsel of the Boys Scouts of America to evaluate the viability of opening community centers in neighborhoods known for gang activities. The goal was to involve kids from a young age in programs that were only offered in affluent neighborhoods, thereby empowering them and encouraging a sense of citizenry, self-worth, and leadership intended to help them resist gang membership. The community centers were also intended to be a place to help young adults learn and develop professional skills. The project was put on hold after criminal investigation became public.

### *Leadership Inclusion for Violence Eradication (L.I.V.E.)*

As part of her involvement with the Boy Scouts of America, Jessica sought to establish— with the assistance of a committee—an initiative to address the violence in the City of Chicago. The L.I.V.E. initiative Jessica proposed would have been comprised of a think-tank taskforce of leaders from law enforcement, churches, private industry, government, and not-for-profit organizations that would collaboratively establish measurable solutions to address violence in the city. The initiative focused on political, economic, legislative, and military solutions to eliminate

Exhibit A

the root of gang-related crimes (*e.g.* drugs). Several community leaders—including two state senators, a corporate marketing executive, and parish priests on the city's South Side—agreed to participate in the initiative. Organizers planned to announce the initiative at a Boy Scouts fundraiser in 2016, but the announcement was postponed.