Exhibit B

# Exhibit B: List of Jessica Arong O'Brien's
# Civic, Philanthropic, Community, Social or Public Service Activities
# (including posts or offices held, and honors or awards)

| Date | Award/Position | Contributions | Confirmation Materials |
|------|----------------|---------------|------------------------|
| 2016 | Illinois Secretary of State's (S.O.S) Judge Laura C. Trailblazer Award | Received at the SOS 2016 Asian-Pacific American Heritage Month with Secretary Jesse White, recognizing Jessica's career achievements and volunteer activities. | Award Photo |
| 2015-2016 | President of Women's Bar Association of Illinois (WBAI) | First Asian American to serve as president in 101 years. Bar year theme: "Leave No Woman Behind." Focused presidency on empowerment, leadership, outreach to other bar organizations, mentorship, and diversity & inclusion. | WBAI materials |
| 2014-2016 | Columnist of the Chicago Daily Law Bulletin's (CDLB) "Making It" column. | Given a column on CDLB and wrote about the life journeys of successful people. | CDLB articles |
| 2009-2017 | WBAI: Ex-Officio (2016-2017) Vice President (2014-2015), Financial Secretary (2013-2014), Treasurer (2011-2013), Corresponding Secretary (2010-2011), and Recording Secretary (2009-2010) | Served in WBAI officer positions before ascending to president.<br><br>Received Most Valuable Member Awards/Recognition three times before becoming president. | WBAI materials |
| 2013-2017 | Member of The John Marshall Law School Board of Trustees | First Asian American to serve on Board of Trustees, which manages law school operations, including: review of the Dean's performance, locating Dean replacement, implementing policies, addressing faculty members, addressing employee and student demands, litigation | Chicago, Illinois<br><br>Board Materials |

1

Exhibit B

| | | and benefits issues. Jessica was assigned to the committee that had oversight of employees' performance, activities, and their employment duties and responsibilities in general. Voluntary resignation after indictment. | |
|---|---|---|---|
| 2011- 2018 | Member of the Board of Governors for Illinois State Bar Association (ISBA) | First Asian American to serve on ISBA's Board of Governors. Voluntarily asked to resign after indictment; ISBA President Vincent Cornelius refused to accept resignation. ISBA by-laws required resignation upon suspension of law license by Illinois Supreme Court. | ISBA Materials |
| 2011 | Appreciation Certificate from the Providence Englewood Charter School | Along with other judges and attorneys, spoke to high school students and encouraged them to study hard, stay away from drugs, and consider going to law school. | Certificate Photo |
| 2008-2017 | Founding Board Member of the Diversity Scholarship Foundation, NFP (DSF) (diversitychicago.org) Past president of DSF | Founder of the organization to diversify the legal community by awarding scholarships to students from diverse backgrounds and holding speaking engagements aimed at minority youth. Focused on growing the organization and having it widely recognized in the legal community. Grew participation from 17 bar organizations to over 50 mainstream, ethnic, and specialized bar organizations. The organization supports other initiatives that advocate | DSF Materials |

Exhibit B

|  |  |  |  |
|---|---|---|---|
|  |  | for and promote diversity & inclusion ideals.  Voluntarily agreed to suspend board membership while case was pending to avoid affecting organization's fundraising efforts. |  |
| 2016 | WBAI Service Award | In recognition of 2015-2016 WBAI presidency. | Award Photo (gavel) |
| 2016 | Chicago Bar Association's Vanguard Award | Award "recognizing individuals and institutions who have made the law and legal profession more accessible to and reflective of the community at large." | Award Photo & Program Book |
| 2016 | Trailblazer Award from the Filipino American Lawyers Association of Chicago | In recognition of service, guidance, and commitment to Filipino American attorneys across the nation. | Award Photo |
| 2015-2017 | Member of the Illinois Supreme Court Commission on Professionalism's Diversity and Inclusion Committee | Informal appointment to a newly formed committee (2015) that provided feedback and guidance on the Commission's diversity and inclusion initiatives. | Email from the Executive Director of the Commission |
| 2015 | Edward J. Williams Community Service Leadership Award | In recognition of varied leadership roles and contributions to the legal community and the community at large.  Award from BMO and Asian American Coalition of Employees. | Award Photo |
| 2015 | Appreciation Award from the Filipino American Lawyers Association of Chicago | "In appreciation of your service and dedication to the Filipino American Lawyers Association of Chicago and our community." | Award Photo |
| 2014 | Advocate for Diversity Award | DSF's award recognizing initiatives to diversify the legal community. | Award Photo |

3

Exhibit B

| 2014 | Enterprising Asians Making a Difference Award | 21 corporations/ organizations that jointly recognize contributions and leadership in celebrating the Asian American Pacific Islander Heritage Month. | Award Photo |
|---|---|---|---|
| 2014 | Outstanding Judiciary Community Service Award | Award given by the Clerk of the Circuit Court of Cook County in recognition of community service efforts, while serving as a judge. | Award Photo |
| 2014 | Clerk of the Circuit Court's Outstanding Woman Award | Award reads: "In commemoration of Women's History Month 2014" and "for your exemplary service in the judiciary." | Award Photo |
| 2014 | Philippine Consulate General's Certificate of Appreciation | The certificate reads: "For sharing her invaluable time, experience and expertise on gender sensitivity and equality in the workplace and the pertinent laws to promote empowerment of women in economic, political, social and cultural arenas." | Certificate Photo |
| 2013 | Chicago Bar Foundation ("CBF") Distinguished Service Award | Appreciation award for service as a board member. | Award Photo |
| 2013 | DSF Unity and Advocate for Diversity Award | Award for six years of service as president, in recognition of founding and growing the organization. | Award Photo |
| 2013 | National Prism Award for "Women of Style and Achievements" from the Gintong Pamana Awards Foundation, Inc. (Megascene Magazine) | Recognizing outstanding career achievements, and service and contributions to the Filipino American community. | Award Photo |
| 2012 | Asian American Bar Association of Greater Chicago's Judge Sandra R. Otaka Award | Recognizing Asian Americans' outstanding leadership. | Award Photo |

Exhibit B

| 2012 | Chicago Hall of Fame for Public Service Award | Recognizing Filipino Americans' outstanding leadership and contributions to the Filipino American community. | Award Photo |
|---|---|---|---|
| 2010-2012 | Chicago Bar Foundation Board Member | The CBF Board provided guidance in implementing the organization's mission and activities. | CBF Materials |
| 2011 | President Barack Obama Volunteer Service Award | Civil award given to those who give significant volunteer hours to their communities. | Award Photo, Pin and Certificate |
| 2011 | Asian Chronicle U.S.A. Humanitarian Model Family Award | Recognizing contributions to the legal community and the community at large. | Award Photo |
| 2010 | Joint Appreciation Award (JMLS, WBAI, AABA & DSF) | Recognition for organizing and moderating the Inaugural Symposium of Women Partners & Women in Senior Corporate Management. | Award Photo |
| 2009 | United States District Court for the Northern District of Illinois Service Award | The award reads: "In recognition of and Appreciation for Service to the U.S. District Court Northern District of Illinois as a Member of the Magistrate Judge Merit Selection Panel" from September to December 2009.<br><br>Appointed to the panel by former chief judge James F. Holderman. | Award Photo |
| 2009 | Alliance of Judicial Bar Screening Committee Service Award | Received service award as co-chair of the Alliance. | Award Photo |
| 2009 | WBAI Service Award | Recognition for service as chair of the WBAI Diversity Committee. | Award Photo |
| 2009 | Asian American Bar Association of Greater Chicago ("AABA") Leadership Award | Award for service and contribution as AABA president. | Award Photo |

5

Exhibit B

| 2008 | Cook County State's Attorney Asian Pacific American Community Service Award | Award from the Office of the Cook County State's Attorney for contributions to the legal community and the community at large. | Award Photo |
|---|---|---|---|
| 2008-2009 | President of the Asian American Bar Association of Greater Chicago (AABA) | Served as president and focused on growing the organization by outreach to corporations, federal and state judiciary, and governmental agencies. During presidency, organization established a charitable arm to award scholarships to Asian American law students. | AABA Materials |
| 2008 | Illinois Super Lawyers & Rising Stars Award | Rising Star (limited to 2.5% of the outstanding emerging lawyers in Illinois who are age 40 and under, or have been practicing 10 years or less). | Award Photo |
| 2007 | The John Marshall Law School Alumni Association's Distinguished Service Award | Award given to graduates of The John Marshall Law School, who have distinguished themselves in the legal profession. | Award Photo & Event materials |
| 2006 | Asian American Bar Association of Greater Chicago's Service Award for Exemplary Service | Recognition of leadership as co-chair of AABA's Judicial Evaluation Committee | Award Photo |
| 2005-2010 | WBAI Co-Chair and Board member positions | Served as co-chair of multiple WBAI committees and as a member of the WBAI Board of Directors for three years before ascending to WBAI officer. | WBAI Materials |
| 2008-2009 | Executive Committee Member for The John Marshall Law School Alumni Association | Supported the association through active membership | |
| 2005-2009 | Board Member of The John Marshall Alumni Association | Helped grow the alumni association, mentored law students, and supported the associations' activities. | |

Exhibit B

| | | | |
|---|---|---|---|
| 2008-2012 | Commissioner of the Illinois Supreme Court's Character & Fitness Committee | Reviewed the commission's investigation reports on assigned Illinois Supreme Court bar admission candidates who were flagged for character and fitness issues or whose applications had information that concerned the Supreme Court; interviewed the candidates; and presided over hearings to determine eligibility for admission.<br><br>Served as chair in a five-member panel and as a panel member in 3-, 5- and 7-member panel hearings, presiding over hearings and deliberating on varied issues of admissibility to the Illinois bar.<br><br>Appointed in December 2008. | Commission Materials |
| 2011-2018 | Assembly Member of the Illinois State Bar Association (ISBA) | Served as an ISBA assembly member.<br><br>Also served as a member of State & Local Taxation and Local Government Law Committees. | |
| 2009 | Appointed as a Member of the United States District Court Northern District of Illinois Magistrate Judge Merit Court Selection Panel | Appointed in 2009 to serve in the United States District Court Northern District of Illinois Magistrate Judge Merit Selection Panel. | |
| 2008 | Appointed as a Member of the Chicago Bar Association's Selection Committee for the Cook County Inspector General | Reviewed candidate applications, interviewed candidates, and recommended top candidates for hire as Cook County Inspector General. | |
| 2008 | Certified Steward of AFSCME 21 Illinois Council 31, AFL-CIO | Invited to serve as a steward for union as an employee with the Illinois Department of Revenue. | Steward Training Certificate and Materials |

7

Exhibit B

| | | | |
|---|---|---|---|
| 2006 – 2008 | Co-Chair of the Alliance of Bar Associations for Judicial Screening | Served as interviewer, investigator, and co-chair for the Alliance's committee of leaders from 10-12 bar organizations. The committee coordinated efforts with the Circuit Court of Cook County and the Illinois Supreme Court to screen candidates for the Circuit Court of Cook County Associate Judge process and any (Administrative Offices of Illinois Courts) appointments. | Alliance Materials |
| 2005-2006 | Co-chair of the Women's Bar Association of Illinois' ("WBAI") Balancing Act and Women with Vision Award Committees | Organized panel discussions on how successful women learn to effectively balance home life and careers (Balancing Act Committee) and review nominations for the WBAI's annual Women with Vision awards. | |
| 2005-2006 | Leader-Mentor for the Abraham Lincoln Marovitz Lend-a-Hand program | Provided support for a CBA program that paired up lawyers with grade school and high school students in need of mentorship and academic support. | Event Program Book |
| 2004-2012 | Hearing Officer for the Attorney Registration Disciplinary Commission and Member of the Oversight Committee | Served as a hearing officer, presiding over cases as an arbiter of facts where attorneys charged with ethical violations or misconduct.<br><br>Resigned following election as judge. | ARDC Materials |
| 2004-2006 | Local School Council Member of Galileo Academy of Math & Sciences - LSC | Elected to serve as a LSC member for daughter's grade school, working to optimize student learning, and address parents' concerns and teachers' classroom needs. Members of the LSC include teachers, community members, and parents. | |

Exhibit B

| 2004 | Chicago Filipino Hall of Fame in Law (CPR TV and Via Times) | Participated in interviews and gave keynote address to the Filipino American community inspiring them to give back to their communities and pursue leadership in order to prepare the new generation to lead. | Award Photo |
|---|---|---|---|
| 2003-2004 | President of the Filipino American Bar Association, now Filipino American Lawyers Association of Chicago | Organized the "Unity Award" diversity dinner. This event, held as joint event with other bars, offered diverse substantive classes (*e.g.*, taxes, immigration, etc.) to the Filipino community. Implementation of an aggressive outreach plan helped grow the organization. | Photos of the Inaugural Swearing-in of 17 Bar Presidents |
| 2001-2003 | Board of Directors for the Young Lawyers' Section of the Chicago Bar Association | Served in the leadership of mainstream bar organization guiding young lawyers and law students. | |
| 2001 | Young Lawyers' Section of the Chicago Bar Association Rising Star Award | Received the Rising Star Award "for going above and beyond the call of duty." | Award Photo |
| 2001 | Nominated for the Illinois State Bar Association's Illinois' Young Lawyer of the Year | Nominated by Professor Kathryn Kennedy, the director of The John Marshall Law School's Employee Benefits program for establishing a CBA employee benefits task force. | Nomination Submission |
| 2000-2001 | Co-Chair of the Employee Benefits Task Force of the Young Lawyers' Section of the Chicago Bar Association | Organized monthly meetings that featured Employee Benefits expert and moderated panel discussions on employee benefits issues. | |
| 1997-2012 | Member of the National Asian Pacific American Bar Association (AABA) | | |
| 1997-1998 | President of the Asian American Law Student Association (ALSA) at | | |

Exhibit B

| | | | |
|---|---|---|---|
| | The John Marshall Law School | | |
| 1997-1998 | The Abraham Lincoln Marovitz Inns of Court Selected Student Member Representative of The John Marshall Law School | | |
| 1997 | Featured Student of The John Marshall Law School magazine | Featured student in "American Dreamer" article published in spring edition. | Copy of Article |
| 1996-1997 | Vice President of the Entertainment & Media Law Society at The John Marshall Law School | | |
| 1996-1997 | President of the Public Interest Law Council at The John Marshall Law School | | |
| 1995-1998 | Editor-in-Chief, Business Manager, and Writer for The John Marshall Law School's <u>The Decisive Utterance</u> | | |
| 1995 | Lector at Holy Name Cathedral | Served as a temporary lector upon moving to Chicago. | |
| 1994-1995 | Lector and Catechism Teacher at Star of the Sea Church | Volunteered as catechism teacher at local Catholic Church, instructing young children about the Bible and the Catholic religion. Served as a lector during Sunday masses. | |
| Approx. 1991-1994 | United Way Appreciation Award | Participated in and represented employer at annual fundraising walks for the United Way as a casino employee. | Award Photo |

Notation: * the dates have been identified from old resumes, articles, awards, emails, handouts, etc. in order to be as concise as possible, especially for the contributions that occurred two decades ago.