# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                     Plaintiff,

v.                                   Case No.: 1:17−cr−00239
                                                Honorable Thomas M. Durkin

Jessica Arong O'Brien, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 8, 2018:

      MINUTE entry before the Honorable Thomas M. Durkin:Defendant's motion to reset the sentencing hearing [304] is granted as to Jessica Arong O'Brien. Motion hearing held on 11/8/2018. Status hearing set for 11/14/2018 at 09:00 a.m. at which time a new sentencing date will be set. Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.