12/6/18

Dear Judge Durkin,

My name is Riga Kalaba. I am Vanessa's closes friend. And everytime I go to Vanessa's home Miss. Jessica is there. Miss. Jessica watches over us, makes sure we are safe, offers us whatever we want. And my mom told me that Miss. Jessica has a high chance of going to jail. And if I were you I wouldn't send her away because Miss. Jessica is a big part of my life and my family's life, especially her own family. It's very heart breaking for me because I care for her as much as she cares for me. Miss. Jessica's family is a big part of our family and we would not like one of our family members to be sent away, and that family member is Miss. Jessica. It's very hard for me but mostly for Vanessa. I couldn't imagine life without my mom so I think Vanessa would feel the same. So one time my mother's cousin wasn't there for her kid because she was fighting cancer and she was defeated and couldn't stay their for her own son to take

care of him, and now her son is staying with his father and if I were him I would always be depressed. And now I think Vanessa is going through that without her mom (Miss. Jessica). And I beg you please don't send Miss Jessica away. I'm begging you not to because imagine you not having your mother with you. And if you feel depressed that's how Vanessa and I feel too.

—Higa Halaba