

**FILED**
5/26/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>JESSICA ARONG O'BRIEN, )<br>*Defendant* and )<br>)<br>)<br>JUDGES RETIREMENT SYSTEM and )<br>STATE EMPLOYEE RETIREMENT ) | No. 17-CR-239<br><br>Judge Thomas M. Durkin |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, May 26, 2021, Jessica Arong O'Brien, appearing *pro se*, filed her **UNCONTESTED MOTION FOR LEAVE TO FILE AN OVERSIZED RESPONSE BRIEF TO THE CONSOLIDATED MOTIONS OF THE UNITED STATES FOR TURNOVER ORDERS.** No briefing schedule nor a hearing regarding this Motion is necessary as the Government and Defendant are in agreement.

Respectfully submitted,

*/s/ O'Brien*

JESSICA ARONG O'BRIEN, *Pro Se* Defendant

Dated: May 26, 2021